JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC MAI NGUYEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | Case No.  CV 09-822 DTB<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order Thereon filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: September 9, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DAVID T. BRISTOW
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE